705 A.2d 1301

**Edward DAVAILUS, Pauline Davailus and Davailus Enterprises, Inc., Appellants,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF ENVIRONMENTAL RESOURCES.**

Supreme Court of Pennsylvania.

Argued Feb. 2, 1998.

Decided Feb. 27, 1998.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.